FILED

MAR 19 2019

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CRIMINAL NO. 19-30034-SMY |
| vs. ) | |
| ) | Title 21, United States Code, |
| EUGENE FALLS, ) | Section 846, 841(a)(1), 841(b)(1)(A)(viii) |
| ) | |
| Defendant. ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

**ATTEMPT POSSESSION WITH INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE: METHAMPHETAMINE**

On or about March 8, 2019, in St. Clair County, Illinois, within the Southern District of Illinois,

**EUGENE FALLS,**

defendant herein, knowingly and intentionally attempted to possess with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A)(viii).

### SPECIAL FINDINGS

1. **EUGENE FALLS** was previously convicted of the offenses of Conspiracy to Distribute and Possess with the Intent to Distribute Heroin and Cocaine Base and Distribution of Cocaine Base under federal law, in the United States District Court for the Southern District of Illinois, Case Number 3:05-cr-30027, on June 12, 2006.

a. **EUGENE FALLS** served a term of imprisonment of more than 12 months for said offense.

b. **EUGENE FALLS** was released from any term of imprisonment imposed for said offense on or about February 10, 2017.

c. The offense charged in Count 1 was committed by **EUGENE FALLS** within 15 years of his release from imprisonment for said offense.

### FORFEITURE ALLEGATION

As a result of the foregoing offenses described in Count 1,

### EUGENE FALLS

defendant herein, shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853(a), any and all property constituting or derived from any proceeds said defendant obtained directly or indirectly as a result of the violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count 1 of this Indictment. The property includes but is not limited to the following:

$10,000.00 in United States currency.

A TRUE BILL

*Amanda M. Fischer*
AMANDA M. FISCHER
Assistant United States Attorney

*Steven D. Weinhoeft*
STEVEN D. WEINHOEFT
United States Attorney

Recommended Bond: Detention