IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 19–cr-30034-SMY |
| | ) |
| | ) |
| EUGENE FALLS, | ) |
| | ) |
| Defendant. | ) |

# ORDER

**YANDLE, District Judge:**

Defendant Eugene Falls is charged with Attempted Possession with Intent to Distribute a Controlled Substance: Methamphetamine (Count 1); Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances: Methamphetamine, Heroin, Cocaine, and Cocaine Base (Count 2); Distribution of a Controlled Substance: Heroin (Count 3); and Money Laundering Conspiracy (Count 11).  Trial is scheduled on April 12, 2021 in the Benton Courthouse before the undersigned judge.  Now before the Court is on Defendant's Motion to Change Venue (Doc. 270).

Federal Rule of Criminal Procedure 18 provides that a court "must set the place of trial within the district with due regard for the convenience of the defendant, any victim, and the witnesses, and the prompt administration of justice." Fed. R. Crim. P. 18.  "A trial court has broad discretion in deciding where to fix the location of the trial which will not be overridden on appeal as long as the court gives 'due consideration' to the factors listed in Rule 18." *United States v. Balistrieri*, 778 F.2d 1226, 1229 (7th Cir. 1985) (citing *United States v. Truglio,* 731 F.2d 1123, 1130 (4th Cir. 1984).

Falls asserts that venue is proper in the East St. Louis Courthouse which is located in St. Clair County, Illinois because the alleged offenses occurred in St. Clair County. The Sixth Amendment requires that in all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury "of the State **and district** (emphasis added) wherein the crime shall have been committed, which district shall have been previously ascertained by law." U.S. Const. Amend. VI. The Southern District of Illinois has no divisions pursuant to 28 U.S.C. § 93. As such, there is no distinction between the courthouses located in East St. Louis and Benton for purposes of a defendant's Sixth Amendment rights. Here, the Southern District of Illinois is the district in which the charged offenses were committed within the meaning of Rule 18, so holding trial in the Benton Courthouse does not offend constitutional principles.

Additionally, Falls has not established, and the record before the Court does not support the premise, that holding trial in the East St. Louis Courthouse will further the convenience of the parties, victims, or witnesses and promote the interest of justice. Accordingly, Defendant's motion is **DENIED**.

**IT IS SO ORDERED.**

**DATED:** April 1, 2021

*[signature]*

**STACI M. YANDLE**
**United States District Judge**