IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 19–cr-30034-SMY |
| | ) |
| | ) |
| EUGENE FALLS, | ) |
| | ) |
| Defendant. | ) |

# ORDER

**YANDLE, District Judge:**

Defendant Eugene Falls is charged with attempted possession with intent to distribute methamphetamine (Count 1); conspiracy to distribute and possess with intent to distribute methamphetamine, heroin, cocaine, and cocaine base (Count 2); distribution of heroin (Count 3); and money laundering conspiracy (Count 11). Now pending before the Court is Falls' Motion for Return of Property (Doc. 263). Falls moves under Federal Criminal Procedure Rule 41(g) for the return of $10,015.00 that he asserts was illegally seized by the Government due to a facially insufficient Title III warrant.

Rule 41(g) entitles a person to the return of his property that has been unlawfully seized by a federal law enforcement officer. *Okoro v. Callaghan,* 324 F.3d 488, 490 (7th Cir. 2003). The Rule can be invoked to seek the return of property seized without probable cause, or property held an unreasonable length of time without the institution of proceedings that would justify the seizure and retention of the property. *Id.; United States v. Sims*, 376 F.3d 705, 708 (7th Cir. 2004).

Title III sets forth the probable cause requirements which must be met before a wiretap can be authorized. Under § 2518, a judge may issue an *ex parte* order authorizing or approving the

interception of wire, oral, or electronic communications if he or she determines, based on the facts submitted by the applicant, that there is probable cause. *See United States v. Lamantia*, 1996 WL 559950, at *4 (N.D. Ill. Sept. 30, 1996). In this case, the Title III wiretap application was reviewed an approved by a district court judge after a finding of probable cause in accordance with § 2518. Falls has not provided any evidence to the contrary. Accordingly, the motion is **DENIED**.

**IT IS SO ORDERED.**

**DATED: April 8, 2021**

**STACI M. YANDLE**
**United States District Judge**